## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE:  PETITION TO SET ASIDE UPSET : No. 641 MAL 2019
TAX SALE                                        :
                                                   :
                                                   : Petition for Allowance of Appeal from
PETITION OF: LEHIGH COUNTY TAX : the Order of the Commonwealth
CLAIM BUREAU                                 : Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**. Respondent Craig Hansford's Motion to File Answer to Petition for Allowance of Appeal Out of Time is **DENIED** as moot.